# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of February, two thousand twenty-three.

Present:
> DEBRA ANN LIVINGSTON,
> > *Chief Judge,*
> 
> JOSÉ A. CABRANES,
> RAYMOND J. LOHIER, JR.,
> RICHARD J. SULLIVAN,
> JOSEPH F. BIANCO,
> MICHAEL H. PARK,
> WILLIAM J. NARDINI,
> STEVEN J. MENASHI,
> EUNICE C. LEE,
> BETH ROBINSON,
> MYRNA PÉREZ,
> ALISON J. NATHAN,
> SARAH A. L. MERRIAM,
> > *Circuit Judges.*

_____

NEAL BISSONNETTE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, AND TYLER WOJNAROWSKI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

> *Plaintiffs-Appellants*,

> v.                                                                                                20-1681

LEPAGE BAKERIES PARK ST., LLC, C.K. SALES CO., LLC, AND FLOWERS FOODS, INC.,

    *Defendants-Appellees*.

_____

| | |
|---|---|
| For Plaintiffs-Appellants: | Harold L. Lichten, (Matthew Thomson, Zachary L. Rubin, on the brief) Lichten & Liss-Riordan, P.C., Boston, MA. |
| For Defendants-Appellees: | Traci L. Lovitt (Matthew W. Lampe, Amanda K. Rice, on the brief), Jones Day, New York, NY & Detroit, MI, and Margaret Santen Hanrahan, Ogletree Deakins Nash Smoak & Stewart, P.C., Charlotte, NC, on the brief. |

    Following disposition of this appeal on May 5, 2022, Plaintiffs-Appellants filed a petition for rehearing *en banc*. The opinion was amended September 26, 2022, and a judge on the panel thereafter requested a poll on whether to rehear the case *en banc*. A poll having been conducted and there being no majority favoring *en banc* review, the petition for rehearing *en banc* is hereby **DENIED**.

    Alison J. Nathan, *Circuit Judge*, joined by Beth Robinson and Myrna Pérez, *Circuit Judges*, dissents by opinion in the denial of rehearing *en banc*.

    Dennis Jacobs, *Circuit Judge*, filed a statement with respect to the denial of rehearing *en banc*.

    Rosemary S. Pooler, *Circuit Judge*, filed a statement with respect to the denial of rehearing *en banc*.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk



2