# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of September, two thousand twenty-four.

| | |
|---|---|
| Neal Bissonnette, on behalf of themselves and all others similarly situated, Tyler Wojnarowski, on behalf of themselves and all others similarly situated, | **ORDER** <br><br> Docket No. 20-1681 |
|       Plaintiffs - Appellants, | |
| v. | |
| LePage Bakeries Park St., LLC, C.K. Sales Co., LLC, Flowers Foods, Inc., | |
|       Defendants - Appellees. | |

     Appellants move for leave to file an addendum in support of their reply brief.

     IT IS HEREBY ORDERED that the motion is DENIED.

     For the Court:
     Catherine O'Hagan Wolfe,
     Clerk of Court